**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

JONATHAN REICH, *et al.*                      *

     Plaintiffs/Counterdefendants        *

v.                                            *

                           Case No. 1:07-cv-01039-RDB

MICHAEL FOX INTERNATIONAL,                    *
INC., *et al.*
                                *

     Defendants/Counterplaintiffs

                                *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**JOINT STIPULATION OF DISMISSAL**

The parties hereby state:

1.     The parties have resolved the issues presented in this litigation and hereby

stipulate that all claims and counterclaims be dismissed with prejudice.

WHEREFORE the parties request that this matter be dismissed.

                                Respectfully submitted.

| _____/s/_____ | _____/s/_____ |
|---|---|
| Andrew Jay Graham (Fed. Bar No. 00080) | Daniel F. Goldstein (Fed. Bar No. 01360) |
| Philip R. Stein (Fed. Bar No. 28155) | Shelly Marie Martin (Fed. Bar No. 26637) |
| Kramon & Graham, P.A. | Brown, Goldstein, & Levy, LLP |
| 100 South Street | 120 East Baltimore St., Suite 1700 |
| Suite 2600 | Baltimore, Maryland  21202-6701 |
| Baltimore, Maryland 21202 | (410) 962-1030 |
| | |
| *Attorneys for Defendants/counterplaintiffs* | *Attorneys for Plaintiffs/counterdefendants* |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January 2008, a copy of the foregoing Joint

Stipulation of Dismissal was served on all parties via the Court's electronic filing system.


/s/
Shelly Marie Martin
