FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 JAN 24  P 3:34

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
Northern Division

JONATHAN REICH, et al.

    Plaintiffs/Counterdefendants

v.

MICHAEL FOX INTERNATIONAL, INC., et al.

    Defendants/Counterplaintiffs

\*   \*   \*   \*

Case No. 1:07-cv-01039-RDB

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION OF DISMISSAL

The parties hereby state:

1.    The parties have resolved the issues presented in this litigation and hereby stipulate that all claims and counterclaims be dismissed with prejudice.

WHEREFORE the parties request that this matter be dismissed.

Respectfully submitted.

_____/s/_____
Andrew Jay Graham (Fed. Bar No. 00080)
Philip R. Stein (Fed. Bar No. 28155)
Kramon & Graham, P.A.
100 South Street
Suite 2600
Baltimore, Maryland 21202

*Attorneys for Defendants/counterplaintiffs*

_____/s/_____
Daniel F. Goldstein (Fed. Bar No. 01360)
Shelly Marie Martin (Fed. Bar No. 26637)
Brown, Goldstein, & Levy, LLP
120 East Baltimore St., Suite 1700
Baltimore, Maryland  21202-6701
(410) 962-1030

*Attorneys for Plaintiffs/counterdefendants*

GRANTED this 24th day of January 2008

_____
Richard D. Bennett
United States District Judge



## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2008, a copy of the foregoing Joint

Stipulation of Dismissal was served on all parties via the Court's electronic filing system.

_____/s/_____
Shelly Marie Martin